IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MIGUEL LOPEZ, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Civil Action No. H-04-4827 |
| | § | Criminal Action No. H-01-657 |
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Respondent. | § | |

ORDER

As Miguel Lopez's Motion to Vacate, Set Aside or Correct Sentence has been denied, and the United States Motion to Dismiss has been granted, the Court hereby DISMISSES Miguel Lopez's Motion to Vacate, Set Aside or Correct Sentence.

This is a FINAL JUDGMENT.

SIGNED at Houston, Texas, on this  13th  day of June, 2005.

_____

DAVID HITTNER

United States District Judge